## HOOD ET AL. v. McCARTHY.

[No. 21,645.   Filed April 8, 1910.]

APPEAL.— *Dismissal.*— *Moot   Questions.*— *Intoxicating   Liquors.*—
Where an appeal is taken from an order granting a license to
retail intoxicating liquors, and the year has expired for which
the license was granted, the appeal presents only a moot ques-
tion, and will be dismissed.

From Cass Circuit Court; *John S. Lairy,* Judge.

Application by Daniel F. McCarthy, against which Deo
S. Hood and others remonstrate. From a judgment for the
applicant, remonstrants appeal. *Appeal dismissed.*

*Cox & Andrews,* for appellants.
*Reasoner & Ward,* for appellee.

MONTGOMERY, J.—The Board of Commissioners of the
County of Miami, on September 3, 1907, overruled appel-
lants' remonstrance, and granted appellee a license to retail
intoxicating liquors for one year. An appeal was taken to
the Miami Circuit Court, and, on application, the venue was
changed to the Cass Circuit Court, in which a demurrer was
sustained to appellants' amended remonstrance. Appellants
declined to amend, and on December 19, 1907, final judg-
ment was rendered in favor of appellee. It is alleged on ap-
peal that the court erred in sustaining appellee's demurrer
to appellants' remonstrance.

It is manifest that the time for which the license was
granted to appellee has long since expired, and the subject-
matter of the litigation has ceased to exist. The question
submitted is no longer a matter of actual controversy, but
merely an abstract or mooted one. This court will not de-
termine such questions, and the appeal must accordingly be
dismissed. *Brown* v. *Dicus* (1909), 172 Ind. 51; *Hale* v.
*Berg* (1908), 41 Ind. App. 48.

The appeal is dismissed.